**UNITED STATES Of America,**
**Plaintiff–Appellee,**

v.

**Jose LOPEZ–ALVAREZ, Defendant–**
**Appellant.**

**No. 11–50562.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2013.*

Filed March 21, 2013.

David Daniel Leshner, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office Of The U.S. Attorney, Jose Castillo, Assistant U.S., United States Department Of Justice, San Diego, CA, for Plaintiff–Appellee.

Gordon Stewart Brownell, St. Helena, CA, for Defendant–Appellant.

Jose Lopez–Alvarez, pro se.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Jose Lopez–Alvarez appeals from the district court's judgment and challenges his jury-trial conviction and 120–month sentence for importation of heroin and cocaine, in violation of 21 U.S.C. §§ 952 and 960. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967), Lopez–Alvarez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lopez–Alvarez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.